IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICHARD CONYERS, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-00317-MTT-CHW |
| | * |
| WARDEN TRACY JEFFERSON, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 15, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 16th day of March, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk